Exhibit A to the Complaint

**Location:** North Wales, PA  **IP Address:** 71.185.28.138
**Total Works Infringed:** 35  **ISP:**  Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 2FCF51371E327BF8BF9ECD7D8C1FE125DE8DF9A8 | 12/20/2024 02:03:36 | Vixen | 01/12/2024 | 02/14/2024 | PA0002454976 |
| 2 | 4157BB075EC440872C9B41053864287444A90124 | 12/19/2024 20:30:40 | Tushy | 12/15/2024 | 01/16/2025 | PA0002509284 |
| 3 | c62bc11dd04a964e4672952288996f157c16d988 | 12/19/2024 20:18:34 | Blacked | 12/14/2024 | 01/15/2025 | PA0002509267 |
| 4 | 8d5f22391fc5b7e66feab3e8053666c5581d2be0 | 12/10/2024 00:05:07 | Tushy | 12/08/2024 | 12/13/2024 | PA0002506314 |
| 5 | ACD43E99F3040FBCAB1388E22B436F03FA9E2FD7 | 10/03/2024 18:39:18 | TushyRaw | 10/01/2024 | 10/16/2024 | PA0002494747 |
| 6 | 5238d8e1d0ddc51d3ba27ff552dcd8a02e14cf70 | 09/09/2024 02:30:47 | Blacked | 03/02/2024 | 03/12/2024 | PA0002459225 |
| 7 | 1ce2dbf84d40d15496186dbfd8e43977a7d93ede | 09/08/2024 01:13:43 | Blacked | 03/20/2021 | 04/14/2021 | PA0002286724 |
| 8 | 6eada590c143a29559cea703814cb42ec7ecfcf0 | 09/07/2024 23:30:30 | Slayed | 04/18/2023 | 06/09/2023 | PA0002415740 |
| 9 | cf292f62a6dccdd19893256ffdc72d010f73c8a2 | 09/06/2024 10:02:23 | Blacked Raw | 03/12/2020 | 04/17/2020 | PA0002246106 |
| 10 | cf13984a9ca505ed2f9a42d69524fe094e835b52 | 09/06/2024 10:02:06 | Tushy | 08/06/2023 | 08/17/2023 | PA0002425539 |
| 11 | cf1193333ef390d5137d747bf684d7b80444860a | 09/06/2024 09:48:52 | Blacked | 08/22/2020 | 09/05/2020 | PA0002255479 |
| 12 | 24c69ae08fbad74312368387f711fc5d992513ed | 09/04/2024 20:12:50 | Tushy | 01/06/2020 | 02/03/2020 | PA0002236202 |
| 13 | 912d68570da9438ccd43b9da781a2861160b1102 | 09/04/2024 15:40:00 | Blacked Raw | 09/02/2024 | 09/17/2024 | PA0002490348 |
| 14 | 67d0770bfc2652ef80ba0ac5faf9213936958ce9 | 07/31/2024 18:43:53 | Vixen | 01/04/2020 | 01/27/2020 | PA0002223959 |
| 15 | d70d2c95e1758d6d0838c13142400443f66f0e51 | 07/27/2024 18:08:14 | Blacked | 09/10/2022 | 10/05/2022 | PA0002373949 |
| 16 | 01ef2f6363a08b61c1849ca763a40e66fa045375 | 07/27/2024 03:05:44 | Vixen | 11/05/2021 | 11/11/2021 | PA0002321282 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | f7807b390059e6734ea89ef41dedcd3006beaa58 | 05/14/2024 18:20:57 | Blacked Raw | 12/13/2018 | 02/02/2019 | PA0002154971 |
| 18 | 594e21aeaa1b6acd7602af8f2c91dc7e0c33a3cc | 05/14/2024 01:40:33 | Blacked | 09/25/2021 | 10/05/2021 | PA0002315288 |
| 19 | E315C9240C9CB55D756C482C0993EAFE8436AC2B | 05/30/2023 12:57:55 | Tushy | 02/19/2023 | 03/06/2023 | PA0002399999 |
| 20 | 30d2947ce34a2de24514fd09dfcb985c0a611441 | 05/22/2023 11:27:22 | Tushy | 05/07/2021 | 06/09/2021 | PA0002295578 |
| 21 | CD95167EE550C01A551B781C5014256703ECC4EB | 05/01/2023 19:31:29 | Tushy | 04/30/2023 | 05/14/2023 | PA0002411311 |
| 22 | FF3DB24B4BF9106F0C64DA69B2FB1BCC13664F02 | 04/06/2023 18:35:55 | Tushy | 04/02/2023 | 04/07/2023 | PA0002405755 |
| 23 | e39f895d4e58e9ea65935691e4a56cfb734d2130 | 02/07/2023 04:18:49 | Vixen | 02/03/2023 | 03/07/2023 | PA0002400312 |
| 24 | CE8EC1A831E1DC2775AEBAF0F00CA27AB0E0B982 | 02/06/2023 15:04:53 | Tushy | 02/05/2023 | 03/07/2023 | PA0002400315 |
| 25 | bf504f5d65b1aba34cbdb26df9139869dd20041e | 02/02/2023 18:05:50 | Tushy | 01/29/2023 | 03/07/2023 | PA0002400310 |
| 26 | 54ef676279da35a77e543ea565e3664db58698a7 | 01/07/2023 03:23:52 | Blacked | 12/26/2018 | 02/02/2019 | PA0002155307 |
| 27 | dc1bb170dce25c4cdc62acbde3603720564c99f5 | 01/03/2023 22:10:12 | Blacked Raw | 08/24/2020 | 09/05/2020 | PA0002255474 |
| 28 | d09df8222ed6bc877b0080c3db0ab2635c47e7d9 | 12/31/2022 03:40:53 | Vixen | 09/04/2020 | 09/22/2020 | PA0002265929 |
| 29 | d0af033e85e490fa38dca5851108ee929b545a9b | 12/29/2022 01:17:58 | Blacked Raw | 12/20/2018 | 01/22/2019 | PA0002147906 |
| 30 | 7000a1b5db7f3c3cc69a5bb0e7dd2c3670227789 | 12/28/2022 17:39:55 | Tushy | 03/16/2020 | 04/15/2020 | PA0002244959 |
| 31 | 7002b8fd77e8fe70bc2b27738c364d56599dc8c6 | 12/28/2022 17:39:23 | Tushy | 01/01/2020 | 01/27/2020 | PA0002223953 |
| 32 | 712b4736953a5e4b3e9d5fae0bca4a58f20a177a | 12/25/2022 08:28:44 | Blacked | 11/11/2019 | 11/27/2019 | PA0002213994 |
| 33 | 55180e4ec7745fdb3381ed251ec1ebb744638571 | 12/23/2022 17:51:36 | Blacked Raw | 07/11/2022 | 07/22/2022 | PA0002359473 |
| 34 | 551832402f31572979fc872df648e5c89f13d600 | 12/23/2022 17:50:16 | Vixen | 02/03/2020 | 03/15/2020 | PA0002240554 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 8c315221603b5d84da53bc485b6f008f2f0c2adc | 09/08/2022 06:25:48 | Blacked | 11/01/2018 | 11/25/2018 | PA0002136644 |